# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-3143
_____

Ryan N. Jackman; Jessica K. Jackman

*Plaintiffs - Appellants*

v.

Members Cooperative Credit Union

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: July 27, 2022
Filed: August 1, 2022
[Unpublished]
_____

Before GRUENDER, MELLOY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Minnesota residents Ryan and Jessica Jackman appeal the district court's[1] dismissal of their pro se complaint on res judicata grounds. Upon careful de novo

---

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota.

review, *see Smith v. Johnson*, 779 F.3d 867, 870 (8th Cir. 2015) (standard of review), we conclude that the district court did not err in finding that the claims were barred by res judicata, *see Ashanti v. City of Golden Valley*, 666 F.3d 1148, 1151 (8th Cir. 2012) (law of forum that rendered first judgment controls res judicata analysis); *Hauschildt v. Beckingham*, 686 N.W.2d 829, 840 (Minn. 2004) (en banc) (elements of res judicata under Minnesota law).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____